UNITED STATES of America, Plaintiff-Appellee,

v.

Ray CORREA–NEGRON, Defendant-Appellant.

No. 71–2109.

United States Court of Appeals, Ninth Circuit.

Oct. 11, 1971.

Alan Saltzman, of Saltzman & Goldin, Hollywood, Cal., for defendant-appellant.

Harry D. Steward, U. S. Atty., Stephen G. Nelson, Acting Chief, Crim. Div., Shelby R. Gott, Asst. U. S. Atty., San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS and ELY, Circuit Judges, and BATTIN,* District Judge.

PER CURIAM:

The judgment of conviction is reversed. We find on this record that this defendant was not adequately advised of the consequences of a waiver of the right to confrontation of witnesses.

* The Honorable James F. Battin, United States District Judge, District of Montana, sitting by designation.

AMERICAN HOSPITAL ASS'N et al., Plaintiffs-Appellees,

v.

CHAS. PFIZER & CO. et al., Defendants-Appellees,

California Physicians' Service, Applicant for Intervention-Appellant.

No. 90, Docket 71–1492.

United States Court of Appeals, Second Circuit.

Argued Oct. 7, 1971.

Decided Oct. 13, 1971.

William C. Woodson, New York City (Richard T. Davis, Choate, Regan, Davis & Hollister, New York City, on the brief), for appellant.

Benjamin F. Schwartz, Herbert A. Karzen, Bruce Warner, Schwartz & Alschuler, Los Angeles, Cal., for plaintiffs-appellees.

Before MOORE, HAYS and FEINBERG, Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court on the opinion of Judge Wyatt.